# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 08-09026 PSH | Trustee: | (330720)   RICHARD M. FOGEL |
| Case Name: | ROUTE 66 TIRE & AUTO, INC. | Filed (f) or Converted (c): | 04/14/08 (f) |
| | | §341(a) Meeting Date: | 05/13/08 |
| Period Ending: | 10/23/08 | Claims Bar Date: | 08/15/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3-Computers 3-Printers<br>No liquidation value- to be abandoned at closing | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Automobile Repair Equipment | 71,650.00 | 25,000.00 | | 24,215.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 7.69 | Unknown |
| 3Assets | Totals  (Excluding unknown values) | $73,650.00 | $25,000.00 | | $24,222.69 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   June 30, 2009          Current Projected Date Of Final Report (TFR):   June 30, 2009