**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ROUTE 66 TIRE & AUTO, INC. | ) | |
| | ) | CASE NO. 08-09026 PSH |
| | ) | |
| | ) | JUDGE  PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 644, Chicago, IL 60604

    on:    **January 13, 2009**
    at:    **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                         $          24,222.69

    b. Disbursements                               $            6,000.00

    c. Net Cash Available for Distribution   $          18,222.69

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard M. Fogel, Trustee | $    0.00 | $    3,172.27 | $    0.00 |
| Popowcer Katten, Ltd. Accountant | $    0.00 | $    2,688.00 | $    0.00 |
| Shaw Gussis, Attorney for Trustee | $    0.00 | $    2,838.50 | $    0.00 |

{4273 NTC A0218681.DOC}

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, a secured tax claim in the amount of $65,178.07 and priority claims totaling $69,931.96 must be paid in full for there to be any dividend to general unsecured creditors. The secured dividend is anticipated to be 14.61% and the priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2S | Department of the Treasury | $65,178.07 | $9,523.92 |
| 1P | Illinois Department of Revenue | 538.00 | 0.00 |
| 2P | Department of the Treasury | 69,393.96 | 0.00 |

6. Claims of general unsecured creditors totaling $205,301.00, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1U | Illinois Department of Revenue | $184.00 | 0.00 |
| 2U | Department of the Treasury | 70,363.65 | 0.00 |
| 3 | 6700 Joliet LLC | 134,753.35 | 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

   3 computers and 3 printers

Dated:  **November 21, 2008**    For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

{4273 NTC A0218681.DOC}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Nov 21, 2008
Case: 08-09026                Form ID: pdf002             Total Served: 15

The following entities were served by first class mail on Nov 23, 2008.
db           +Route 66 Tire & Auto, Inc.,    6692 Joliet Road,    La Grange, Il 60525-4575
aty          +Frank J Kokoszka,    Kokoszka & Janczur, P.C.,    140 S Dearborn #1610,    Chicago, IL 60603-5299
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
12137218     +6700 Joliet LLC,    Law Office of George LaCorte,    2250 East Devon, Suite 251,
               Des Plaines, IL 60018-4509
12137217     +6700 Joliet LLC,    c/o George LaCorte,    6713 N. Oliphant,    Chicago, IL 60631-1309
12137220    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,     Bankruptcy Section 7-425,
               100 W Randolph Street,    Chicago, IL  60106)
12137221    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    Centralized Insolvency Oper,
               PO Box 21126,    Philadelphia, PA  19114)
12455869    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Department of the Treasury,    Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia PA 19114)
12137219    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Department of the Treasury,    Internal Revenue Service,
               Cincinnati, OH  45999)
12137222      Interstate Batteries,    c/o C.D.R. Inc.,    1806 W. Northwest Highway #10,
               Arlington Height, IL  60004
12137223     +Pep Boys,    6247 South LaGrange Rd.,    Hodgkins, IL 60525-4140
12137224     +Pomps Tire,    22635 NE Frontage Road,    Channahon, IL 60410-3127
12137225     +Pomps Tires,    c/o McMahan & Sigunick,    412 South Wells 6th Floor,    Chicago, IL 60607-3923
12137226     +Target Auto Parts,    9109 West Ogden Ave.,    Brookfield, IL 60513-1905
12137227     +Vasili Siampos,    c/o George Scully,    7220 West 194th Street Ste.108,
               Tinley Park, IL 60487-9228
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12523547*    +6700 Joliet LLC,    C/O George LaCorte,    6713 N. Oliphant,    Chicago , IL 60631-1309
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                        **Signature:** *Joseph Speetjens*