IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ROUTE 66 TIRE & AUTO, INC. | ) | |
| | ) | CASE NO. 08-09026 PSH |
| | ) | |
| | ) | JUDGE  PAMELA S. HOLLIS |
| Debtor(s) | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | | |
|---|---|---|---|---|
| 1. | Trustee's compensation | | $ | 3,172.27 |
| 2. | Trustee's expenses | | $ | 0.00 |
| | | TOTAL | $ | 3,172.27 |
| | | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                                         $       2,838.50

   b. Expenses                                             $          0.00

2. Accountant for the Trustee
   a. Compensation                                         $       2,688.00

   b. Expenses                                             $          0.00

                                       TOTAL              $       5,526.50

{4273 ORD A0218682.DOC}

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this _____ day of _____, 200 _____

ENTERED: _____
PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY JUDGE

ENTERED
JAN 13 2009
PAMELA S. HOLLIS
BANKRUPTCY JUDGE

{4273 ORD A0218682.DOC}