UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 Case |
| | ) | |
| Route 66 Tire & Auto, Inc., | ) | Case No. 08-09026 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**<u>NOTICE OF FILING OF U.S. TRUSTEE'S CERTIFICATE
OF REVIEW OF TRUSTEE'S FINAL REPORT</u>**

To:   Richard M. Fogel, Esq.
      Shaw, Gusssis et al.
      321 N. Clark St. #800
      Chicago, IL 60654

   Please take notice that on Thursday, February 12, 2009, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee of Review of the Trustee's Final Account. A copy of which is herewith served upon you.

   The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's's certification that the estate has been fully administered and is ready to close.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE

Dated:  February 12, 2009         BY    /s/ Dean Harvalis
                                        Dean C. Harvalis, Assistant United States Trustee
                                        Office of the U.S. Trustee
                                        219 South Dearborn St.  Room 873
                                        Chicago IL 60654
                                        (312) 886-5785

<u>CERTIFICATE OF SERVICE</u>

   I, Dean C. Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's's Electronic Notice for Registrants on February 12, 2009.

                                        <u>/s/ Dean Harvalis</u>